E-FILED
Tuesday, 18 April, 2006  10:14:49 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 95-10027-001 |
| | ) |
| ROBERT ABRAHAM, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR TURNOVER OF PROPERTY**

Now comes the United States, by Elizabeth L. Collins, Assistant United States Attorney, and moves for the transfer of $970.00 being held by the Federal Bureau of Investigation (FBI), Springfield, Illinois, pursuant to a search warrant seizure from the residence of Robert Abraham and $380.00 held by the FBI which was found in Abraham's shirt pocket and states as grounds the following:

1. On March 24, 1995, pursuant to a search warrant; a small safe was seized from Abraham's residence at 2606 West Belle Vista Court, West Peoria, Illinois; on March 27, 1995, pursuant to a search warrant the safe was opened and $970.00 was taken from the safe. The funds are currently held by the FBI in case file 91A-SI-47436, Evidence # 1B5.

2. On March 24, 1995, Robert Abrahams was arrested on a criminal complaint charging him with bank robbery. At the time of arrest he had on his person $380.00 which funds are currently held in case file 91-SI-47436, Evidence # 1B6.

3. On June 14, 1995, Abraham was convicted by a jury of bank robbery and other charges.

4.  On September 26, 1995, Abraham was sentenced to a total of 272 months in prison, 5 years mandatory supervised release, and ordered to pay a special assessment of $200 and restitution of $27,370.00, to the First of America Bank (jointly and severally with another co-defendant )and $30,341.00 to Magna Bank.

5.  Abraham has paid a total of 712.30.  An additional $701.63 has been paid by his co-defendant on the restitution owed to First of Magna Bank.  Therefore, Abraham's current liability is $56,177.07.

**WHEREFORE**, the United States requests the turnover of the property held by the FBI to the Clerk, U.S. District, 100 N. E. Monroe, Rm 309, Attn: Finance Department, Peoria, Illinois 61602, to be applied to the restitution in this case.

                                        Respectfully submitted,

                                        RODGER A. HEATON
                                        UNITED STATES ATTORNEY

Date: April 18, 2006

                                        s/Elizabeth L. Collins
                                        Elizabeth L. Collins, Bar No. 487864
                                        Attorney for the Plaintiff
                                        United States Attorney's Office
                                        318 S. 6th Street
                                        Springfield, Illinois 62701
                                        Tel: 217-492-4450
                                        Fax: 217-492-4888
                                        E-mail: Beth.Collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MOTION** has this April 18, 2006, been made upon the following individual by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

Robert Abraham, 10412-026
Federal Correctional Institute
2600 S. 2nd Street
Pekin, Illinois 61555

Federal Bureau of Investigation
Attn: SA Donald L. Berecz
900 Linton Avenue
Springfield, Illinois 62703

s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Beth.Collins@usdoj.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 95-10027-001 |
| | ) |
| ROBERT ABRAHAM, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon due consideration of the foregoing Motion, it is ORDERED that the Federal Bureau of Investigation, Springfield, Illinois, transfer the $970.00 and $380.00 currently held by the FBI in case file 91-SI-47436, 1B5 and 1B 6, to the Clerk, United States District Court, 100 N. E. Monroe, Rm. 309, Peoria, Illinois 61602, to be paid towards the restitution ordered in this case.

DATE: _____

_____
UNITED STATES DISTRICT JUDGE