E-FILED
Wednesday, 03 May, 2006  10:11:28 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED

MAY - 2 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )
      v.                         )  COURT NO. 95-10027-001
                                 )
ROBERT ABRAHAM,                  )
                                 )
            Defendant.           )

**ORDER**

Upon due consideration of the foregoing Motion, it is ORDERED that the Federal Bureau of Investigation, Springfield, Illinois, transfer the $970.00 and $380.00 currently held by the FBI in case file 91-SI-47436, 1B5 and 1B 6, to the Clerk, United States District Court, 100 N. E. Monroe, Rm. 309, Peoria, Illinois 61602, to be paid towards the restitution ordered in this case.

DATE: _May 2, 2006_

s/    Michael M. Mihm
UNITED STATES DISTRICT JUDGE