E-FILED
Tuesday, 09 May, 2006 11:08:14 AM
Clerk, U.S. District Court, ILCD

FILED
MAY - 9 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS PEORIA DIVISION

| | |
|---|---|
| ROBERT ABRAHAM<br>PETITIONER/DEFENDANT | CASE NO. 1:95-CR-10027-001-MMM |
| - v - | U.S. District Court Judge<br>Honorable Michael M. Mihms |
| UNITED STATES OF AMERICA<br>RESPONDENT/PLAINTIFF | <u>MOTION TO TRAVERSE F.B.I.'S<br>MOTION FOR TURNOVER OF<br>PROPERTY</u> |

MOTION TO TRAVERSE F.B.I.'S MOTION FOR TURNOVER OF PROPERTY

___

___

ROBERT ABRAHAM ACTING IN PROPRIA PERSONA

___

Robert Abraham
Illinois-2, #10412-026
P. O. Box 5000
Pekin, Illinois 61555-5000

U.S. District Court
Clerk of the Court
100 N.E. Monroe, Room 309
Peoria, Illinois 61602

# QUESTIONS POSED

1. WHETHER THE GOVERNMENT CAN FORFEIT MONEY TAKEN FROM A DEFENDANT IN A CRIMINAL CASE TEN YEARS AFTER THE CAUSE OF ACTION ?

    See, <u>28 U.S.C. § 2462</u>, Time for commencing proceedings, " Except as otherwise provided by Act of Congress, an action, suit or proceeding for the enforcement of any civil fine, penalty, or forfeiture, ... shall not be entertained unless commenced within five years ..."

2. WHETHER THE STATE OR GOVERNMENT OR F.B.I. HAS THE POWER OR AUTHORITY TO USE A FORFEITURE PROCEEDING IN VIOLATION OF THE DOCTRINE OF RES JUDICATA ?

    See, <u>Cromell V. County of Sac</u>, 94 U.S. 351, 24 L. Ed. 195, " The final judgment puts an end to the cause of action, which cannot again be brought into litigation between the parties upon any ground whatever."

3. WHETHER PETITIONER/ABRAHAM'S DUE PROCESS RIGHTS IN THE FIFTH AMENDMENT TO THE UNITED STATES CONSTITUTION HAS BEEN VIOLATED BY ATTEMPTING TO FORFEIT PRIVATE MONEY FROM HIM ?

    See, Fifth Amendment, ... nor be deprived of life, liberty, or property, without due process of law;.

- i -

# T A B L E   O F   C O N T E N T S        PAGE(S)

<u>MOTION TO TRAVERSE F.B.I.'S MOTION FOR TURNOVER OF PROPERTY.</u> cover

<u>QUESTIONS POSED</u> .   .   .   .   .   .   .   . i

<u>TABLE OF CONTENTS.</u> .   .   .   .   .   .   . ii

<u>PETITIONER PROPRIA PERSONA</u> .   .   .   .   .   . 1

<u>MEMORANDUM OF LAW.</u> .   .   .   .   .   .   . 2-4

<u>CONCLUSION</u> .   .   .   .   .   .   .   .   . 5

<u>CLAIM UPON WHICH RELIEF MAY BE GRANTED</u> .   .   .   . 5

<u>PRAYER FOR RELIEF.</u> .   .   .   .   .   .   . 5

<u>CERTIFICATE OF SERVICE</u> .   .   .   .   .   .   . 6