

**E-FILED**
Friday, 23 June, 2006  01:26:12 PM
Clerk, U.S. District Court, ILCD

JUNE 25, 2006

Robert Abraham
Illinois-2, #10412-026
P. O. Box 5000
Pekin, Illinois
61555-5000

U.S. District Court
Clerk of the Court
100 N.E. Monroe
Peoria, Illinois 61602

CASE NO. 95-10027-001

re: <u>DISPOSITION ON PREVIOUS MOTION TO RETURN PROPERTY</u>:

Dear Clerk,

    Please advise me when the court is going to respond to the motion I filed in order to have my property returned? On April 18, 2006, the attorney for the plaintiff filed a MOTION FOR TURNOVER OF PROPERTY from which they had possession via the FBI.

    Petitioner/Defendant filed to have the FBI to return his property to him. However, without regard to responding to or traversing Petitioner, the court, on May 2, 2006, filed their ORDER forfeiting said property. Is the attorney for the government going to respond to Defendant? Thank you.

                                                 Sincerely,

                                                 *Robert Abraham*

                                               Robert Abraham