E-FILED
Thursday, 29 June, 2006 02:19:22 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 95-CR-10027 |
| ) | |
| ROBERT ABRAHAM, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S SUBMISSION OF SEARCH WARRANT INVENTORY**

Now comes the United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Elizabeth L. Collins, Assistant United States Attorney, and, and provides the Search Warrant and Return on the search of Mr. Abraham's residence (Exhibit A) and the Search Warrant and Return on the search of the safe that was taken from Mr. Abraham's residence. (Exhibit B)

Respectfully submitted,
RODGER A. HEATON
United States Attorney

By:    s/ Elizabeth L. Collins
       _____
       Elizabeth L. Collins, IL Bar No. 487864
       Attorney for Plaintiff
       United States Attorney's Office
       318 South Sixth Street
       Springfield, IL 62701
       Telephone: (217) 492-4450
       Fax: (217) 492-4888
       Email: beth.collins@usdoj.gov

## **CERTIFICATE OF SERVICE**

      The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

Robert Abraham, 10412-026
Federal Correctional Institute
2600 S. 2nd Street
Pekin, IL 61555

Daniel G. O'Day
Cusack Fleming Gilfillan & O'Day
415 Hamilton Blvd.
Peoria, IL 61602-1102

Nicholas H. Ores
1720 First Financial Plaza
Peoria, IL 61602

Federal Bureau of Investigation
Attn: SA Donald L. Berecz
900 Linton Avenue
Springfield, IL 62703

Federal Bureau of Investigation
Attn: SA Greg Spencer
One Technology Plaza
211 Fulton, Suite 710
Peoria, IL 61602


    June 29, 2006                                                                 s/ Elizabeth L. Collins
Date:_____       _____