AO 93 (Rev. 5/85) Search Warrant

# United States District Court

CENTRAL _____ DISTRICT OF ILLINOIS

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

2606 W. Belle Vista Court,
West Peoria, Illinois

**SEARCH WARRANT**
CASE NUMBER: P. 95-22

TO: S/A Gregory J. Spencer _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by S/A Gregory J. Spencer (Affiant) who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
2606 W. Belle Vista Court, West Peoria, Illinois, being a tan brick single-story dwelling with attached garage

In the _____ Central _____ District of Illinois there is now concealed a certain person or property, namely (describe the person or property)
money, bandanas, hat, sunglasses and other clothing

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____
                                                        Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ~~(in the daytime — 6:00 A.M. to 10:00 P.M.)~~ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to ROBERT J. KAUFFMAN
U.S. MAGISTRATE JUDGE    U.S. Judge or Magistrate
as required by law.

**GOVERNMENT EXHIBIT A**

March 24, 1995 at _____ at Peoria, Illinois
Date and Time Issued                City and State

ROBERT J. KAUFFMAN
U.S. MAGISTRATE JUDGE                /s/ Robert J. Kauffman
Name and Title of Judicial Officer      Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 3/24/95 | 3/24/95 10:00 PM | AT 2606 W. BELLE VISTA CT. W. PEORIA, IL |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1. 3 DARK COLORED BASEBALL HATS
2. 1 PAIR BLACK LEATHER GLOVES
3. 2 PAIR SUNGLASSES
4. 1 PAIR WHITE TENNIS SHOES
5. 2 PAIR WORK/HIKING BOOTS
6. 2 RED, ONE BLUE BANDANNA
7. ILLINIOS IDENTIFICATION CARD IN THE NAME OF ROBERT J. ABRAHAM.
8. 2 LEATHER JACKETS, BROWN IN COLOR
9. 1 SMALL SAFE, CENTRY BRAND, MODEL 1310.

## CERTIFICATION

I swear that this Inventory is a true and detailed account of the person or property taken by me on the warrant.

/s/ Gregory J. Spencer

Subscribed, sworn to, and returned before me this date.

/s/ Robert J. Kauffman  MAR 27, 1995
U.S. Judge or Magistrate            Date

ROBERT J. KAUFFMAN
U.S. MAGISTRATE JUDGE

AO 93 (Rev. 5/85)  Search Warrant

# United States District Court

CENTRAL _____ DISTRICT OF __ILLINOIS__

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

One Sentry safe, model 1310

**SEARCH WARRANT**

CASE NUMBER: P-95-23

TO: S/A Gregory J. Spencer _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __S/A Gregory J. Spencer__ who has reason to
                                                         Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

One Sentry safe, model 1310, silver in color, measuring 17 inches wide,
14 inches deep and 21 inches high which is currently in the custody of
the Peoria Police Department and located in the evidence room at the
Department

in the __Central__ District of __Illinois__ there is now
concealed a certain person or property, namely (describe the person or property)
money

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person
or property so described is now concealed on the person or premises above-described and establish grounds for
the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __April 2, 1995__
                                                              Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant
and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find
reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy
of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or prop-
erty seized and promptly return this warrant to __Robert J. Kauffman__
as required by law.                                                U.S. Judge or Magistrate

**GOVERNMENT EXHIBIT B**

__March 27, 1995 at__                        at    __Peoria, Illinois__
Date and Time Issued                               City and State

__Robert J. Kauffman__                              /s/ __Robert J. Kauffman__
Name and Title of Judicial Officer                  Signature of Judicial Officer

ROBERT J. KAUFFMAN
U.S. MAGISTRATE JUDGE

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 3-27-95 | 3-28-95 2:00 pm | |

**INVENTORY MADE IN THE PRESENCE OF**
Det. Vera Fernandez  Peoria Police Department

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

(1) One First of America Bank Deposit Bag (Brown Vinyl w/ zipper)
(1) One coffee mug
(1) One Cellular telephone, Brand US Cellular, model FO9LFO8438A6
(1) One gold band ring
(1) One (approx. 8") Knife w/ Green Pearl Handle
(1) One Counter Receipt from Avco Financial Services, dated 1-31-95 for $1,600.00
(1) One receipt from Avco Financial Services dated 3/10/95 for a cash advance of $2,800.00
(1) One Fifty Dollar Bill ⎫
(1) One Twenty Dollar Bill ⎬ For a total of $970.00 Dollars
(90) Ninety Ten Dollar Bills ⎭
     Misc. papers and a rag.

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge or Magistrate                    Date