E-FILED
Friday, 30 June, 2006   02:58:00 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | COURT NO. 95-10027-001 |
| | ) | |
| ROBERT ABRAHAM, | ) | |
| | ) | |
| Defendant. | ) | |

**RESPONSE TO DEFENDANT'S "MOTION TO TRAVERSE"**

Now comes the United States of America and responds as follows to the Defendant's "Motion to Traverse" F.B.I.'s Motion for Turnover Ord3er of Property" (Doc 130):

1. The Defendant objects to the turnover of his property held by the F.B.I. on the grounds that it is an untimely forfeiture. The Motion for Turnover Order is not a forfeiture at all. The money is not forfeited to the government, but being turned over to the victims.

2. The Motion for Turnover Order is to enforce collection of the court ordered restitution of $57,711 to the victim banks that were robbed by the Defendant. The restitution order was imposed as part of the criminal judgment on September 26, 1995. The United States Attorney's Office has the responsibility to enforce collection of the restitution order. 18 U.S.C. §3612(c). The Defendant is liable to pay his criminal restitution order for at least 20 years from judgment. 18 U.S.C. §3613(b) & (f)

3.  Since the Defendant objects to the Turnover Motion, the United States will proceed to obtain these funds by garnishment.

                                                    Respectfully submitted,

                                                    RODGER A. HEATON
                                                    UNITED STATES ATTORNEY

Date: June 30, 2006

                                                  s/Elizabeth L. Collins
                                                  Elizabeth L. Collins, Bar No. 487864
                                                  Attorney for the Plaintiff
                                                  United States Attorney's Office
                                                  318 S. 6th Street
                                                  Springfield, Illinois 62701
                                                  Tel: 217-492-4450
                                                  Fax: 217-492-4888
                                                  E-mail: Beth.Collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MOTION** has this June 30, 2006, been made upon the following individual by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

Robert Abraham, 10412-026
Federal Correctional Institute
2600 S. 2nd Street
Pekin, Illinois 61555

Federal Bureau of Investigation
Attn: SA Donald L. Berecz
900 Linton Avenue
Springfield, Illinois 62703

s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Beth.Collins@usdoj.gov