E-FILED
Monday, 10 July, 2006  02:56:00 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | COURT NO. 95-10027-001 |
| ) | |
| ROBERT ABRAHAM, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO WITHDRAW MOTION FOR TURNOVER ORDER**

Now comes the United States, by Elizabeth L. Collins, Assistant United States Attorney, for the Central District of Illinois and moves to withdraw it's Motion for Turnover Order (Doc. 129) and states as grounds the following:

1. The Defendant Robert Abrahams has filed an objection to the Turnover Order.

2. Abraham's objections based on forfeiture are not relevant because the government is not pursuing a forfeiture action, but requesting the money taken pursuant to a search warrant and at Abraham's arrest be turned over to the Clerk of the Court to be paid to the victims of Abraham's case.

3. However, since Abraham objects, the government moves to withdraw it's Motion.

4. The government has mailed Abraham a statutory 30 day demand letter, and then will pursue garnishment if it is still needed.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

Date: July 10, 2006

s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Beth.Collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MOTION** has this July 10, 2006, been made upon the following individual by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

Robert Abraham, 10412-026
Federal Correctional Institute
2600 S. 2nd Street
Pekin, Illinois 61555

Federal Bureau of Investigation
Attn: SA Donald L. Berecz
900 Linton Avenue
Springfield, Illinois 62703

Federal Bureau of Investigation
Attn:  SA Greg Spencer
One Technology Plaza
211 Fulton, Suite 710
Peoria, Illinois 61602

s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Beth.Collins@usdoj.gov