IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
IN THE PEORIA DIVISION

**FILED**
JUL 18 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT ABRAHAM<br>PETITIONER/DEFENDANT | CASE NO. 95-10027-001 (MMM)<br><br>U.S. District Court Judge<br>Honorable Michael M. Mihm |
| - v - | |
| UNITED STATES OF AMERICA<br>RESPONDENT/PLAINTIFF | <u>MOTION TO DISMISS FOR FAILURE<br>TO PROSECUTE</u> |

MOTION TO DISMISS FOR FAILURE TO PROSECUTE

ROBERT ABRAHAM ACTING IN PROPRIA PERSONA

Robert Abraham
Reg. No. 10412-026
P. O. Box 5000
Pekin, Illinois
    61555-5000

U.S. District Court
Clerk of the Court
100 N.E. Monroe
Peoria, Illinois 61602

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF ILLINOIS

IN THE PEORIA DIVISION

| | |
|---|---|
| ROBERT ABRAHAM<br>PETITIONER/DEFENDANT<br><br>- v -<br><br>UNITED STATES OF AMERICA<br>RESPONDENT/PLAINTIFF | CASE NO. 95-10027-001 (MMM)<br><br>U.S. District Court Judge<br>Honorable Michael M. Mihm<br><br>MOTION TO DISMISS FOR FAILURE<br>TO PROSECUTE |

MOTION TO DISMISS FOR FAILURE TO PROSECUTE

TO THE HONORABLE U S. DISTRICT COURT:

NOW HERE COMES, Petitioner/Defendant, Robert Abraham, acting in propria persona and in want of counsel, hereby moves this Court to respectfully grant this MOTION TO DISMISS FOR FAILURE TO PROSECUTE in the interests of justice.

- 1 -

# M E M O R A N D U M   O F   L A W

In response to the prosecutor's misplaced argument, herein states that no amount of personal property, especially property which is completely unrelated to this instant cause of action, can be used as either a forfeiture or restitution outside the original order of this Court. The government cannot simply, after waiting some eleven and one half years (11½ years), arbitrarily, attempt to conceal, misappropriate, or otherwise remove from the proper ownership of this Petitioner.

There are the laws of **LACHES** which must be overcome because of statutes of limitations. The government has failed and must fail to get around these laches which are precisely designed just for such occasions as this, the improper, belated and capricious manner that would otherwise thwart the judicial systems integrity.

THEREFORE, the prosecutions argument is not only misplaced, but contrary to the laws established by Congressional provisions to ensure that promiscuous and overzealous prosecutors who think to circumvent rules, regulations, statutes, case law and LACHES. It would be well to adhere to the proper, just and legal authority when it comes to money, property and personal possessions of the citizens who have not been ordered by court to turn over every asset which they come into rightfull possession of.

RETURN OF PROPERTY AND MONIES FOR ROBERT ABRAHAM TO;

Please be advised that this Petitioner/Defendant, requests that all his money, clothes, personal property, be immediately returned without further ado or semantical and unnecessary legal foreplay, cease and desist the forfeiture or restitution arguments. Because if it looks like a forfeiture, sounds like a for, and acts like a forfeiture,...it's a forfeiture.

The address of the person I desire these personal items are to be mailed is:   JEAWNINE BRAWD
Hollybrook Apts., Apt. #201
1420 W. Glen Ave.
Peoria, Illinois 61614

C O N C L U S I O N

All personal property, plus interest, should be returned for the want of due process of law and laches concerning same.

CLAIM UPON WHICH RELIEF MAY BE GRANTED

Petitioner/Defendant requires interest and money, property back.

P R A Y E R    F O R    R E L I E F

Petitioner prays this Honorable Court will grant his return of his money and property with interest and any other just, fair and equitable relief.

- 3 -

# CERTIFICATE OF SERVICE

I, Petitioner/Defendant, Robert Abraham, acting in propria persona and in want of counsel, hereby swear under the penalty of perjury, that a true and correct copy(s) of this MOTION TO DISMISS FOR FAILURE TO PROSECUTE, was mailed, postage prepaid, from the FCI-Pekin, Illinois legal mailbox and sent to the parties listed below on the _16_ day of _July_, 2006.

Mailed to:

U.S. District Court
Clerk of the Court
100 N.E. Monroe
Peoria, Illinois
61602

U.S. Attorney's Office
Elizabeth L. Collins, Bar No. 487864
318 S. 6th Street
Springfield, Illinois 62701

Respectfully Submitted,

_Robert Abraham_

Robert Abraham
Reg. No. 10412-026
P. O. Box 5000
Pekin, Illinois
61555-5000

Federal Bureau of Investigation
Attention: SA Donald L. Berecz
900 Linton Avenue
Springfield, Illinois
62703

- 4 -