E-FILED
Monday, 28 August, 2006  02:03:23 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   NO. 95-10027-01 |
| | ) |
| ROBERT ABRAHAM, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Garnishee. | ) |

## MEMORANDUM OF LAW IN SUPPORT OF
## APPLICATION FOR WRIT OF GARNISHMENT (NON-WAGE)

This garnishment proceeding is brought pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. §3001 et. seq. (hereinafter cited by section number only).

1. As required by §3205(b)(1)(B), the government has made a demand for payment. At least 30 days have elapsed since demand and the defendant has not paid the amount due.

2. The Application contains the necessary information required by §3205(b)(1).

3. The government is requesting that the garnishee withhold and retain property in which the defendant has a substantial non-exempt interest.

4. Section 3205(c)(1) provides that if the Court determines that the requirements of §3205 are satisfied, the Court shall issue the appropriate Writ of Garnishment.

5. The Writ that the government has prepared conforms to the requirements of §3205(c)(2)(A-F).

-2-

6. Section 3202(b) provides that the Clerk shall issue a Notice prepared by the counsel for the United States informing the defendant of certain rights and exemptions. The notice, "Clerk's Notice Garnishment (Non-Wage)" contains the statutory language of §3202(b).

7. The Summary of Exemptions listed in the Clerk's Notice states the exemptions applicable to criminal monetary penalties pursuant to 18 U.S.C. §3613(a)(1) and (f) which are only that property exempt from levy for taxes pursuant to sections 6334(a)(1), (2), (3), (4), (5), (6), (7), (8), (10), and (12) of the Internal Revenue Code of 1986.

8. After the Application is filed and the Order for the Writ is signed by the Court, the Writ and Notice should be issued by the Clerk.

9. The United States will then serve a copy of these documents and supplementary information required by §3205(c)(3)(A & B) on the garnishee and the defendant.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

DATE: August 28, 2006

s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Beth.Collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MEMORANDUM** has this August 28, 2006, been made upon the following individual by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

Robert Abraham, 10412-026
Federal Correctional Institute
2600 S. 2nd Street
Pekin, Illinois 61555

Federal Bureau of Investigation
Attn: SA Greg Spencer
One Technology Plaza
211 Fulton, Suite 710
Peoria, Illinois 61602

s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Beth.Collins@usdoj.gov