**E-FILED**
Tuesday, 12 September, 2006  02:34:21 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 95-10027-001 |
| | ) |
| ROBERT ABRAHAM, | ) |
| | ) |
| Defendant. | ) |

### MOTION TO VACATE TURNOVER ORDER

Now comes the United States of America , by Elizabeth L. Collins, Assistant United

States Attorney, for the Central District of Illinois and moves to vacate the Turnover Order

(Doc.136) entered on September 12, 2006, and states as reason that it was inadvertently attached

to the Application for Writ of Garnishment (Doc. 136) and submits the correct Order for Writ of

Garnishment to this Motion.

Respectfully submitted,

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**

Date: September 12, 2006

s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4580
E-mail: Beth.Collins@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that service of the foregoing **MOTION** has this September 12, 2006, been

made upon the following individual by depositing a copy thereof in the United States mail, postage

prepaid, addressed to:

> Robert Abraham, 10412-026
> Federal Correctional Institute
> 2600 S. 2nd Street
> Pekin, Illinois 61555
>
> Federal Bureau of Investigation
> Attn: SA Donald L. Berecz
> 900 Linton Avenue
> Springfield, Illinois 62703

> s/Elizabeth L. Collins
> Elizabeth L. Collins, Bar No. 487864
> Attorney for the Plaintiff
> United States Attorney's Office
> 318 S. 6th Street
> Springfield, Illinois 62701
> Tel: 217-492-4450
> Fax: 217-492-4888
> E-mail: Beth.Collins@usdoj.gov

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 95-10027-001 |
| | ) | |
| ROBERT ABRAHAM, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| FEDERAL BUREAU OF | ) | |
| INVESTIGATION, | ) | |
| | ) | |
| Garnishee. | ) | |

## <u>ORDER FOR WRIT OF GARNISHMENT</u>

The United States has applied for a Writ of Garnishment; and it appears to the Court that the requirements of 28 U.S.C. § 3205 are met and the proposed Writ conforms to the requirements of 28 U.S.C. § 3205(c)(2).

**THEREFORE IT IS ORDERED** that a Writ of Garnishment submitted by the government shall be issued.

_____
UNITED STATES DISTRICT JUDGE

**ENTERED:** This ____ day of September, 2006