UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

**FILED**

SEP 1 2 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 95-10027-001 |
| ROBERT ABRAHAM, | ) |
| Defendant, | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| Garnishee. | ) |

## ORDER FOR WRIT OF GARNISHMENT

The United States has applied for a Writ of Garnishment; and it appears to the Court that the requirements of 28 U.S.C. § 3205 are met and the proposed Writ conforms to the requirements of 28 U.S.C. § 3205(c)(2).

**THEREFORE IT IS ORDERED** that a Writ of Garnishment submitted by the government shall be issued.

s/Michael M. Mihm
UNITED STATES DISTRICT JUDGE

ENTERED: This 12th day of September, 2006