**E-FILED**
Tuesday, 12 September, 2006  04:02:13 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 95-10027-01 |
| | ) | |
| ROBERT ABRAHAM, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| | ) | |
| Garnishee. | ) | |

**<u>WRIT OF GARNISHMENT (NON-WAGE)</u>**

TO:    **Federal Bureau of Investigation
Attn: SA Gregory Spencer
One Technology Plaza
211 Fulton, Suite 710
Peoria, Illinois 61602**, Garnishee.

1.    An Application for Writ of Non-Wage Garnishment against the property of ROBERT ABRAHAM, defendant, has been filed with this Court. A Judgment has been entered against this defendant, whose last known address is Federal Correctional Institute, 2600 South Second Street, Pekin, IL 61555, criminal monetary penalties. The balance due on the Judgment is $56,127.07, as of August 25, 2006.

2.    The United States is represented by Elizabeth L. Collins, Assistant United States Attorney, 318 S. 6th St., Springfield, Illinois 62701.

3.    You are required by law to answer in writing, under oath, within ten days, whether or not you have in your custody, control or possession, any property of the defendant, being non-exempt currency.

4.    Your Answer shall include a description and the value of the defendant's property, or property in which the defendant has an interest in your possession, custody or control.

5. You must file the original Answer in the **U.S. District Court, 100 N.E. Monroe, Rm 309, Peoria, Il 61602,** with a copy mailed to the defendant and the **United States Attorney's Office, Financial Litigation Unit, at 318 S. 6th St., Springfield, Il 62701.**

6. You are required to withhold and retain pending further Order any property in which the defendant has a substantial non-exempt interest which you are now, or may in the future, become indebted to the defendant.

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

DATED: _9/12/6_