## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) COURT NO. 95-10027-01 |
| ROBERT ABRAHAM, | ) |
| Defendant. | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| Garnishee. | ) |

### A F F I D A V I T

State of Illinois
County of Sangamon

I, Elizabeth L. Collins, Assistant U.S. Attorney, being first duly sworn, deposes and says that:

I served the Writ of Non-Wage Garnishment on ROBERT ABRAHAM, Defendant, on September 19, 2006, by placing the Writ in the United States mail, postage prepaid, addressed to Federal Correctional Institute, 2600 S. 2nd St., Pekin, IL 61555, along with the following attachments:

1. Clerk's Notice of Post Judgment Earnings Garnishment.
2. Instructions to Garnishee (including Answer).
3. Instructions to the Defendant.
4. Application for Writ & Memorandum of Law
5. Order of Writ.

By:    s/Elizabeth L. Collins
       Elizabeth L. Collins, Bar NO. 487864
       Attorney for Plaintiff
       United States Attorney's Office
       318 S. 6th Street
       Springfield, IL 62701
       Phone: 217/492-4450
       Fax: 217/492-4888
       E-mail: Beth.Cillins@usdoj.gov

-2-


Pursuant to Title 28, Section 1746, I, Elizabeth L. Collins, Assistant U.S. Attorney, declare under penalty of perjury that the foregoing is true and correct.

DATED:   September 19, 2006

                                                s/ Elizabeth L. Collins
                                                Elizabeth L. Collins, Bar No. 487864

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **A F F I D A V I T** , has been made by placing in the United States mail, postage prepaid, addressed to:

>Robert Abraham, 10412-026
>Federal Correctional Institute
>2600 S. 2nd Street
>Pekin, Illinois 61555
>
>Federal Bureau of Investigation
>Attn:  SA Greg Spencer
>One Technology Plaza
>211 Fulton, Suite 710
>Peoria, Illinois 61602

>                s/Elizabeth L. Collins
> By:    Elizabeth L. Collins, Bar No. 487864
>        Attorney for the Plaintiff
>        United States Attorney's Office
>        318 S. 6th Street
>        Springfield, IL 62701
>        Phone: 217/492-4450
>        Fax: 217/492-4888
>        E-mail: Beth.Collins@usdoj.gov