E-FILED
Friday, 22 September, 2006  01:19:07 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 95-10027-01 |
| ROBERT ABRAHAM, | ) |
| Defendant, | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| Garnishee. | ) |

## CERTIFICATE OF SERVICE

The Writ of Continuing Earnings Garnishment and the following Documents were served upon the Garnishee by Certified Mail No. 7002 0460 0002 1843 5347 on September 20, 2006:

1. Clerk's Notice of Post Judgment Garnishment.

2. Instructions to Garnishee (including Answer)

3. Instructions to Defendant.

4. Application for Writ (including Memorandum).

5. Order of Writ.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

By:   s/Elizabeth L. Collins
     Elizabeth L. Collins, Bar No. 487864
     Attorney for the Plaintiff
     United States Attorney's Office
     318 S. 6th Street
     Springfield, Illinois 62701
     Tel: 217/492-4450
     Fax: 217/492-4888
     E-mail: Beth.Collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **CERTIFICATE OF SERVICE**,

has been placed in the United States mail addressed to:

>Robert Abraham, 10412-026
>Federal Correctional Institute
>2600 S. 2nd Street
>Pekin, Illinois 61555
>
>Federal Bureau of Investigation
>Attn: SA Greg Spencer
>One Technology Plaza
>211 Fulton, Suite 710
>Peoria, Illinois 61602

DATE: September 22, 2006

|  |  |
|---|---|
| By: | s/Elizabeth L. Collins |
|  | Elizabeth L. Collins, Bar No. 487864 |
|  | Attorney for the Plaintiff |
|  | United States Attorneys Office |
|  | 318 S. 6th Street |
|  | Springfield, Illinois 62701 |
|  | Tel: 217/492-4450 |
|  | Fax: 217/492-4888 |
|  | E-mail: Beth.Collins@usdoj.gov |