UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION



FILED
OCT - 2 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 95-10027-01 |
| ROBERT ABRAHAM, | ) |
| Defendant, | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| Garnishee. | ) |

## SUMMARY OF EXEMPTIONS AND CLAIM OF EXEMPTION FORM

I claim that the exemption(s) from enforcement which are checked below apply in this case:

__NO__  1.  Wearing apparel and school books.--Such items of wearing apparel and such school books as are necessary for the debtor or for members of his family. 26 U.S.C. §6334(a)(1).

__NO__  2.  Fuel, provisions, furniture, and personal effects.--So much of the fuel, provisions, furniture, and personal effects in the Debtor's household, and of the arms for personal use, livestock, and poultry of the debtor, as does not exceed **$6,250** in value. 26 U.S.C. §6334(a)(2).

__NO__  3.  Books and tools of a trade, business, or profession.--So many of the books, and tools necessary for the trade, business, or profession of the debtor as do not exceed in the aggregate $3,125 in value. 26 U.S.C. §6334(a)(3).

__NO__  4.  Unemployment benefits.--Any amount payable to an individual with respect to his unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, or of the District of Columbia or of the Commonwealth of Puerto Rico. 26 U.S.C. §6334(a)(4).

__NO__  5.  Undelivered mail.--Mail, addressed to any person, which has not been delivered to the addressee. 26 U.S.C. §6334(a)(5).

__NO__  6.  Certain annuity and pension payments.--Annuity or pension payments under the Railroad Retirement Act, benefits under the railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. 1562, and annuities based on retired or retainer pay under Chapter 73 of Title 10 of United States Code. 26 U.S.C. §6334(a)(6).

__NO__    7.    Workmen's Compensation.--Any amount payable with respect to Compensation (including any portion thereof payable with respect to dependents) under a workmen's compensation law of the United States, any State, the District of Columbia, or the Commonwealth of Puerto Rico. 26 U.S.C. §6334(a)(7).

__NO__    8.    Judgments for support of minor children.--If the debtor is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages, or other income as is necessary to comply with such judgment. 26 U.S.C. §6334(a)(8).

__NO__    9.    Certain service-connected disability payments.--Any amount payable to an individual as a service-connected (within the meaning of Section 101(16) of Title 38, United States Code) disability benefit under--(A) Sub chapter II, III, IV, V, or VI of Chapter 11 of such Title 38 or (b) Chapter 13, 21, 23, 31, 32, 34, 35, 37, or 39 of such Title 38, 26 U.S.C. §6334(a)(10).

__NO__    10.    Assistance under Job Training Partnership Act.--Any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. 1501 et sep.) from funds appropriated pursuant to such Act. 26 U.S.C. §6334(a)(12).

The statements made in this claim of exemptions and request for hearing as to exemption entitlement and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct

__RA Yes__    I hereby request a court hearing to decide the validity of my claims. Notice of the hearing should be given to me by mail at:

( __FCI Pekin  PO Box 5000__ ) or telephonically at ( _____ )
Address  __6555 5000__                                Phone No.

ROBERT ABRAHAM
Defendant's name

__Robert Abr__                    __9/25/06__
Signature of defendant            Date

I will try to call the clerk of the court to set a time about my hearing.