E-FILED
Thursday, 05 October, 2006  11:44:16 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | NO. 95-10027-01 |
| ROBERT ABRAHAM, ) | |
| Defendant, ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| Garnishee. ) | |

## ANSWER OF NON-WAGE GARNISHEE

I state under oath the following:

1. That I am (State Official Title) __SPECIAL AGENT__ of Garnishee, FEDERAL BUREAU OF INVESTIGATION an agency of the United States of America.

2. The address of the Garnishee is __211 FULTON STREET, #710 PEORIA IL 61602__

3. The Garnishee was served with the Writ of Non-Wage Garnishment on __09/15/06__ _____(Date).

4. The FBI has custody control or possession of the following property belonging to ROBERT ABRAHAM:

   a. Currency in the amount of $970 which was seized through search warrants on March 24, 1995 and March 27, 1995, which funds are currently being held by the FBI in case file 91 A-SI-47436, Evidence #1B5;

   b. Currency in the amount of $390 which Robert Abrahams had on his person at the time of his arrest on March 24, 1995, which funds are currently held in case 91 A-SI-47436, Evidence #1B6 by the FBI.

5. There are no previous garnishments on the property. (If there are garnishments in effect, state the property garnished and when garnishment terminates): _____

-2-

6. I will retain the above described currency until further order of this Court.

7. If you deny that you have property subject to this order of garnishment or believe the property is exempt, check the applicable line below and state the specific objection.

_____    The Garnishee makes the following claim of exemption on the part of Defendant:

_____

_____    The Garnishee has the following objections, defenses, set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant to Plaintiff's claim:

_____

_____    The Garnishee is not indebted or under liability to the Defendant; the Garnishee does not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and the Garnishee is in no manner liable as Garnishee in this action.

_____    Explanation of claimed exemption, objection or defense to garnishment.

_____

-3-

8. On __10/4/06__, I mailed the original Answer of Non-Wage Garnishment to:

> U.S. Clerks Office
> 100 N.E. Monroe, Rm 309
> Peoria, Illinois 61602

I mailed copies of my Answer to:

> Robert Abraham, # 10412-026
> Federal Correctional Institute
> 2600 South Second Street
> Pekin, IL 61555

> U.S. Attorneys Office
> Financial Litigation Unit
> 318 S. 6th Street
> Springfield, Illinois 62701

6. I declare under penalty of perjury that the above answers are true and correct. 28 U.S.C. §1746.

s/ Greg Spencer
Signature & Title
SPECIAL AGENT GREG SPENCER
(Printed Name & Title)
211 FULTON ST. # 710
Address
PEORIA, IL 61602

309-676-1922
Telephone Number
309-495-2008
Fax Number