E-FILED
Tuesday, 21 November, 2006  02:48:56 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | NO. 95-10027-01 |
| ROBERT ABRAHAM, ) | |
| Defendant, ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| Garnishee. ) | |

## MOTION FOR TURNOVER ORDER

The United States moves for the entry of an order, after allowing the defendant to respond to this motion, directing **Federal Bureau of Investigation (FBI),** to turn over to the Clerk of the **U.S. District Court, Attention: Finance Department, 100 N. E. Monroe, Rm 309, Peoria, Illinois 61602**, currency in the amount of $970 which was seized through search warrants on March 24, 1995, and March 27, 1995, which funds are currently being held by the FBI in case file 91 A-SI-47436, Evidence #1B5; and currency in the amount of $390 taken at the time of arrest of the defendant on March 24, 1995, which funds are currently held in case 91 A-SI-47436, Evidence #1B6.

Respectfully submitted

RODGER A. HEATON
UNITED STATES ATTORNEY

DATE:  November 21, 2006

s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450  Fax: 217-492-4888
E-mail: Beth.Collins@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **MOTION FOR TURNOVER ORDER,** has on November 21, 2006, been placed in the United States mail addressed to:

>Robert Abraham, #10412-026
>Federal Correctional Institute
>2600 South Second Street
>Pekin, Illinois 61555
>
>Federal Bureau of Investigation
>Attn:  SA Greg Spencer
>One Technology Plaza
>211 Fulton, Suite 710
>Peoria, Illinois 61602

>s/Elizabeth L. Collins
>Elizabeth L. Collins, Bar No. 487864
>Attorney for the Plaintiff
>United States Attorney's Office
>318 S. 6th Street
>Springfield, Illinois 62701
>Tel: 217-492-4450
>Fax: 217-492-4888
>E-mail: Beth.Collins@usdoj.gov