E-FILED
Friday, 08 December, 2006 12:04:18 PM
Clerk, U.S. District Court, ILCD

FILED
DEC - 8 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS IN THE DIVISION

| | |
|---|---|
| ROBERT ABRAHAM<br>PETITIONER/DEFENDANT<br><br>- v -<br><br>UNITED STATES OF AMERICA<br>RESPONDENT/PLAINTIFF | CASE NO. 95-10027-001 (MMM)<br><br>U.S. District Court Judge<br>Honorable Michael M. Mihm<br><br><u>MOTION TO QUASH ANY TURNOVER</u><br><u>ORDER FOR FAILURE TO OVERCOME</u><br><u>LIMITATION LACHES</u> |

MOTION TO QUASH ANY TURNOVER ORDER FOR FAILURE TO
OVERCOME LIMITATION LACHES

<u>TO THE HONORABLE U.S. DISTRICT COURT:</u>

N O W   H E R E   C O M E S , Petitioner/Defendant, Robert Abraham, acting in propria and in want of counsel, hereby and most respectfully request that this Honorable Court grant this MOTION TO QUASH ANY TURNOVER ORDER FOR FAILURE TO OVERCOME LIMITATION LACHES, towards the interests of justice.

- 1 -

# MEMORANDUM OF LAW

Petitioner/Defendant, Robert Abraham and claims that the government has waited far too long in their quest to keep the money and property they were "storing" until a future windfall and that all said and stated personal properties should have been legally forfeited over 10 years ago at the Defendant's criminal sentencing. It is much too late and irresponsible to attempt to garnish, forfeit, withhold or otherwise keep said properties.

The Doctrine of Laches provides a party with an EQUITABLE DEFENSE where long neglected rights are sought to be enforced against the party. Laches signifies an UNDUE LAPSE of TIME in enforcing a right of ACTION, and NEGLIGENCE in failing to act more promptly. It recognizes that because of the delay, the Defendant's ability to defend may and indeed is and may be unfairly impaired because witnesses or evidence needed to defend against the stale claim may have become unavailable or lost. The doctrine also recognizes that if the delay has led the adverse party to change his or her position as to the property or right in question, it is inequitable to allow the negligent delaying party to be preferred in their legal right. The consequent preclusion of the negligent party's action constitutes a species of equitable estoppel known as ESTOPPEL BY LACHES. THEREFORE, the Doctrine of Laches precludes any Garnishing or forfeiture on properties established to belong to Defendant 10 years ago.

- 2 -

C O N C L U S I O N

Defendant has clearly shown by the fact that the government has failed to collect any forfeited properties when this Defendant was at his criminal sentencing. Because such a long span of time has expired, it is not possible by reason of overcoming LACHES which are specifically placed upon the government. All said personal properties should be returned without further ado plus interest for the illegal withholding of private property. Ten years is far too long to begin such withholding procedures of any kind.

CLAIM    UPON    WHICH    RELIEF    MAY    GRANTED

The government should return all monies, jewelry, clothes, papers, address books, and all other items previously listed that belong to this Defendant.

P R A Y E R        F O R        R E L I E F

Respondent/Defendant, Robert Abraham, prays that this Honorable Court grant this motion in its entirety towards the ends of justice and put to a closure the ill conceived manner the government wants to collect property ten years after the fact of conviction. And any other relief this court deemd fair, equitable and expedient.

- 3 -

C E R T I F I C A T E  O F  S E R V I C E

Respondent/Defendant, Robert Abraham comes now and deposes and swears under the penalty of perjury that a true and correct copy(s) of this MOTION TO QUASH ANY TURNOVER ORDER FOR FAILURE TO OVERCOME LIMITATION LACHES, was mailed, postage prepaid, from the FCI-Pekin, Illinois legal mailbox, to the parties listed below on the __1__ day of _December_____, 2006.

Respectfully Submitted,

*/s/ Robert Abraham*

Mailed to:

U.S. District Court
Clerk of the Court
100 N.E. Monroe
Peoria, Illinois 61602

Robert Abraham
Indiana-2, #10412-026
P. O. Box 5000
Pekin, Illinois 61555-5000

Federal Bureau of Investigation
Attention: SA Donald L. Berecz
900 Linton Avenue
Springfield, Illinois 62703

U.S. Attorney's Office
Elizabeth L. Collins
Bar No. 487864
318 S. 6th Street
Springfield, Illinois 62701

- 4 -