

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
#### OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

April 24, 2007

**FILED**
APR 2 4 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States of America )
   Plaintiff )
)
)
     vs )  Case # 95-10027
)
Robert Abraham )
   Defendant )
)

### RECEIPT

**Received** from John M Waters, Clerk, United States District Court for the Central District of Illinois, for document #77 which are gov't. exhibits 4A, 4B, 4C, 4D, 4E, 4F, 4G, 10, 17A, 17B, 17C, 17D, 17E, 17F, 17G, 17H, 17I, 17J, 24, 26, 31 as returned to AUSA, case is concluded & appeal is dismissed.

Date: 4/24/07        s/CLERK
                        AUSA